IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARRILLO-VALENZUELA,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. CV-F-07-649 OWW<br>(No. CR-F-04-5181 OWW)<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME AND DIRECTING PETITIONER TO FILE AMENDED MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 WITHIN 30 DAYS OF THE FILING DATE OF THIS ORDER |

Petitioner's second motion for an extension of time to file an amended motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is GRANTED. Petitioner shall file the amended motion within 30 days of the filing date of this Order. No further extensions of time will be granted; Petitioner's failure to timely comply with this Order will result in the denial of his Section 2255 motion.

///

1

IT IS SO ORDERED.

Dated: April 16, 2009 /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE