HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
RICHARD CARRILLO VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:04-cr-5181 LJO |
| *Plaintiff*, | **ORDER FILING UNDER SEAL** |
| vs. | |
| RICHARD CARRILLO VALENZUELA, | |
| *Defendant.* | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that** Exhibit B of the movant's Section 2255 motion, the presentence report and recommendations shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **June 29, 2016**           /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE