UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CARILLO VALENZUELA,<br><br>Defendant. | No. 1:04-cr-05181-NONE<br><br>ORDER GRANTING LEAVE TO FILE AN AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255; AND<br><br>ORDER SETTING RESPONSIVE BRIEFING SCHEDULE<br><br>(Doc. No. 103.) |

On July 12, 2005, Defendant Richard Carrillo Valenzuela ("Defendant") was sentenced to the custody of the U.S. Bureau of Prisons for an aggregate term of 2011 months on his convictions on multiple counts charging him with interference with commerce by robbery in violation of 18 U.S.C. § 1951(a), carrying a firearm during a crime of violence in violation of 18 U.S.C. § 924(c)(1), being a convicted felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), and carrying a firearm during a crime of violence in violation of § 924(c)(1). (Doc. No. 70.) On June 24, 2016, defendant filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. (Doc. No. 98.) On July 6, 2016, the court issued a stay with respect to the movant's § 2255 motion pending resolution of the Ninth Circuit's

1

decision in *United States v. Begay*, 934 F.3d 1033 (9th Cir. 2019).  (Doc. No. 100.)

On January 13, 2020, defendant filed a document that the court construed as a motion for leave to file a first amended § 2255 motion.  (Doc. Nos. 103, 104.)  On January 28, 2020, the Government filed a statement of non-opposition to defendant's request for leave to file an amended motion.  (Doc. No. 106.)

Accordingly, pursuant to Federal Rule of Civil Procedure 15(a)(2) (permitting amendment with the opposing party's written consent), defendant's request for leave to file a first amended § 2255 motion is GRANTED.  Defendant is ordered to immediately file with the court and serve his amended § 2255 motion (Doc. No. 103, Exhibit A) as a new and separate motion.  The government shall have 60 days from the date on which the amended § 2255 motion is filed to file an opposition thereto.  From the date of the government's filing, defendant shall have 60 days to file a reply, if any.

IT IS SO ORDERED.

Dated: **February 10, 2020**

UNITED STATES DISTRICT JUDGE