UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:04-cr-05181-JLT |
| Plaintiff, | ORDER FOR SUPPLEMENTAL BRIEFING |
| v. | |
| RICHARD CARRILLO VALENZUELA, | (Docs. 96, 100) |
| Defendant. | |

Pending before the Court is Richard Carrillo Valenzuela's second or successive motion for relief under 28 U.S.C. § 2255.  (Docs. 96, 98, 109.)  Valenzuela is currently serving a 2011-month sentence, the bulk of which stems from seven counts of carrying a firearm during a crime of violence in violation of 18 U.S.C.§ 924(c)(1).  The predicate "crime of violence" underpinning these counts is Hobbs Act robbery.  18 U.S.C. § 1951.  Valenzuela seeks relief in part on the grounds that Hobbs Act robbery no longer qualifies as a "crime of violence" for § 924(c) purposes.  (Doc. 98, citing *Johnson v. United States*, 576 U.S. 591 (2015); *see also United States v. Davis*, 139 S. Ct. 2319 (2019).)

In July 2016, this Court stayed briefing on that issue until the Ninth Circuit Court of Appeals decided *United States v. Begay*, Case No. 14-10080. *Begay* involves whether second-degree murder under 18 U.S.C. §§ 1111 and 1153 can constitute a "crime of violence" for § 924(c) purposes, and the writ has not yet issued in that case.  Since the stay was entered, the

Ninth Circuit decided *United States v. Dominguez*, which specifically finds that Hobbs Act robbery is a crime of violence under § 924(c)'s elements clause.  954 F.3d 1251 (9th Cir. 2020).

  *Dominguez* appears to be dispositive of Valenzuela's Hobbs Act/§ 924(c) claim. Nonetheless, in an abundance of caution, the Court will provide the parties an opportunity to be heard on the following issues: (1) whether the stay should formally be lifted and (2) the impact of *Dominquez* on the claims in the pending motion.  Within 21 days of the date of this order, Valenzuela may submit a supplemental brief no more than five pages in length.  From the date of Valenzuela's filing, the government shall have 14 days to file a response no more than five (5) pages in length.

IT IS SO ORDERED.

Dated:  **April 29, 2022**            _____
                         UNITED STATES DISTRICT JUDGE