HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RICHARD CARRILLO-VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:04-cr-05181 JLT-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SUPPLEMENTAL BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON** |
| vs. | |
| RICHARD CARRILLO-VALENZUELA, | |
| Defendant. | |

On March 28, 2016, Richard Carrillo-Valenzuela filed a *pro se* motion to correct his sentence under 28 U.S.C. § 2255, and counsel filed a supplemental to the *pro se* filing on June 24, 2016. On July 6, 2016, this Court stayed the matter pending resolution of *United States v. Begay*, Case No. 14-10080, which remains pending at the Ninth Circuit. On February 10, 2020, this Court granted Mr. Carrillo-Valenzuela leave to file a first amended motion, and Mr. Carrillo-Valenzuela did so the following day. The government filed an opposition to the first amended motion on June 10, 2020, and Mr. Carrillo-Valenzuela filed a reply to the government's opposition on July 7, 2020. On May 2, 2022, this Court issued an order requesting supplemental briefing regarding *United States v. Dominguez*, 954 F.3d 1251 (9th Cir. 2020).

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the deadlines for filing the supplemental briefing ordered by this Court on May 2, 2022 be continued as follows:

1     Defendant shall file no later than:    July 22, 2022

2     Government shall file no later than:   August 19, 2022

3     The parties seek a continuance due to prior work-related obligations. During the requested continuance, in addition to serving as Fresno's liaison with the CJA panel, counsel for Mr. Carrillo-Valenzuela has a petition for certiorari due at the Supreme Court, three petitions for re-hearing en banc at the Ninth Circuit, an opening brief due at the Ninth Circuit, and a sentencing following remand from the Ninth Circuit. Additionally, during the relevant time period counsel for the government has prior work-related travel obligations.

    Mr. Carrillo-Valenzuela is currently incarcerated with a projected release date of January 25, 2148.

                                            PHILLIP A. TALBERT
                                            United States Attorney

DATED: May 3, 2022                     By */s/ Alexandre Dempsey*
                                            ALEXANDRE DEMPSEY
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: May 3, 2022                     By */s/ Peggy Sasso*
                                            PEGGY SASSO
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            RICHARD CARRILLO VALENZUELA

**ORDER**

**IT IS SO ORDERED** that the briefing scheduled issued in the Court's May 2, 2022 be modified; defendant's supplemental briefing is due July 22, 2022 and the government's response is due by August 19, 2022.

IT IS SO ORDERED.

Dated: **May 4, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE